## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DEMETRIA L. McFADDEN**, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 09-CV-2273-EFM |
| **CORRECTIONS CORPORATION OF AMERICA,** | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon review, and for the good cause shown, the parties' Stipulation and Joint Motion Regarding Conditional Certification (Doc. 49) is hereby GRANTED. The Court hereby APPROVES the procedure for notifying individuals about the action set forth in the parties' Stipulation and Joint Motion Regarding Conditional Certification, including the content of the proposed Notice and Consent to Join form attached as Exhibit A thereto, and the procedure and deadline for individuals to consent to join the action.

**IT IS SO ORDERED**.

Dated this 10th day of February, 2010, in Wichita, Kansas.

　　　　　　　　　　　　　　　　　　　　　　/s    Eric F. Melgren
　　　　　　　　　　　　　　　　　　　　　ERIC F. MELGREN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE