# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEMETRIA L. McFADDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-02273-EFM-KGG |
| ) | |
| v.  ) | Judge Eric F. Melgren |
| ) | Magistrate Judge Kenneth G. Gale |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RULE 29 STIPULATION

Pursuant to Rule 29, the Parties agree and stipulate that the Plaintiff's deadline to serve Interrogatory and Request for Production of Documents responses on behalf of the class is extended until November 11, 2011, or a later date upon further agreement of the Parties.

**Stueve Siegel Hanson LLP**

  /s/ *Virginia Stevens Crimmins*
George A. Hanson, KS #16805
Virginia Stevens Crimmins, KS #20617
Ashlea G. Schwarz, KS #23491
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com
Email: crimmins@stuevesiegel.com
Email: ashlea@stuevesiegel.com

Brendan J. Donelon, KS #17420
Daniel W. Craig, KS Dist. Ct. #78146
**Donelon, P.C.**
802 Broadway, 7th Floor
Kansas City, Missouri 64105
Telephone: 816-221-7100
Facsimile: 816-472-6805
Email: brendan@donelonpc.com
Email: dcraig@dancraigpc.com

  /s/ *Robert W. Pritchard*
*Robert W. Pritchard
**Littler Mendelson, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
Tel: 412.201.7628
Fax: 412.774.1957
Email: rpritchard@littler.com

Erin A. Webber
ewebber@littler.com
**Littler Mendelson, P.C.**
1201 Walnut Street, Suite 1450
Kansas City, Missouri 64106
Email: ewebber@littler.com

SSH-0693/207099

| | |
|---|---|
| C. Jason Brown, KS #70700<br>**Brown & Associates, LLC**<br>301 S. US 169 Hwy<br>Gower, Missouri 64454<br>Telephone: 816-505-4529<br>Fax: 816-424-1337<br>Email:  kclawyerbrown@yahoo.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | *Margaret T. Blackwood<br>**Littler Mendelson, P.C.**<br>3344 Peachtree Road, N.E., Suite 1500<br>Atlanta, Georgia 30326<br>Tel: 404-760-3967<br>Fax: 404-529-4456<br>Email:  mblackwood@littler.com<br><br>*admitted pro hac vice<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2011, the foregoing was served via the Court's CM/ECF filing system on the following:

Robert W. Pritchard
rpritchard@littler.com
**Littler Mendelson, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222

Erin A. Webber
ewebber@littler.com
**Littler Mendelson, P.C.**
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

Margaret T. Blackwood
mblackwood@littler.com
**Littler Mendelson, P.C.**
3344 Peachtree Road, Ste. 1500
Atlanta, GA 30326

**ATTORNEYS FOR DEFENDANT**

        */s/ Robert W. Pritchard*
        Attorney for Plaintiffs